✎AO 245I   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 1

FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

### Central District of California

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) |
| DAVID M. GARCIA | **CLASS A MISDEMEANOR** |
| | Case No.   CR 12-264-RCF |
| | USM No. |

Asal Akhondzadeh, DFPD
_____
Defendant's Attorney

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded   ☑ guilty  ☐ nolo contendere to count(s) _____

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1028(a)(4) | FRAUDULENT PASS | 12/06/2011 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1457

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Camarillo, California

03/16/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

Rita Coyne Federman          Magistrate Judge
_____
Name and Title of Judge

03/16/2012
_____
Date

AO 245I    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
          Sheet 3 — Criminal Monetary Penalties

DEFENDANT: DAVID M. GARCIA                          Judgment — Page __2__ of __3__
CASE NUMBER: CR 12-264-RCF

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  25.00 | $  50.00 | $ |

☐☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case* (AO 245C)  will  be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $              0.00 | $              0.00 |  |

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐   the interest requirement is waived for    ☐   fine    ☐   restitution.

☐   the interest requirement for    ☐   fine    ☐   restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
           Sheet 4 — Schedule of Payments

DEFENDANT: DAVID M. GARCIA
CASE NUMBER: CR 12-264-RCF

Judgment — Page  3  of  3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

      ☐  not later than _____ , or
      ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The defendant shall pay a fine of $50.00, and a special assessment of $25.00, for a total of $75.00 on or before March 31, 2012.  The fine and special assessment shall be mailed to:

    US District Court-Central District, Attn: Fiscal Dept. Rm. 529; 312 N. Spring St., Los Angeles, CA  90012.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.